

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00214-CV

The State of Texas
v.
Hidalgo County Irrigation District No. 16

On appeal from the
County Court at Law No. 8 of Hidalgo County, Texas
Trial Cause No. CCD-0358-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED. Costs of the appeal are adjudged against appellee and it is ordered to pay all costs of the appeal from which it is not exempt by statute.

We further order this decision certified below for observance.

June 6, 2019